JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 691 -- In re Air Crash Disaster near Tehachapi, California on April 11, 1984

| Date | No. | Pleading Description |
|---|---|---|
| 86/06/03 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS, EXHIBITS -- (A-1 thru A-2) Defts. Schweizer Aircraft Corporation -- SUGGESTED TRANSFEREE DISTRICT: Central District of California; SUGGESTED TRANSFEREE JUDGE: ? -- w/cert. of svc. (rh) |
| 86/06/13 | | APPEARANCES: JOHN HOWIE, ESQ. for Deborah Lombardi, et al. and Florence Wenning, etc.; FRANK J. CHIARCHIARO, ESQ. for Schweizer Aircraft Corp. (rh) |
| 86/06/18 | 2 | RESPONSE/BRIEF -- (to pldg. #1) Florence M. Wenning, etc. and Deborah Lombardi, et al. -- w/cert. of svc. (rh) |
| 86/06/20 | | HEARING ORDER -- Setting motion of defendant Schweizer Aircraft Corp. for transfer A-1 thru A-2. Ntoified involved counsel, clerks and judges. (tmq) |
| 86/06/23 | 3 | REQUEST FOR EXTENSION OF TIME -- (to file reply) Deft. Schweizer Aircraft Corp. -- GRANTED TO JUNE 26, 1986 (rh) |
| 86/06/27 | 4 | REPLY -- (to pldg. #2) Schweizer Aircraft Corp. -- w/cert. of svc. (rh) |
| 86/07/22 | | HEARING APPEARACNES: (hearing for July 24, 1986) FRANK J. CHIARCHIARO, ESQ. for Schweizer Aircraft Corp., JOHN HOWING, ESQ. for Deborah Lombardi, etc. and Florence M. Wenning, et al. (rh) |
| 86/08/07 | | ORDER DENYING TRANSFER -- (A-1 and A-2) -- Notified involved counsel, misc. recipients, judges and clerks (rh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 691 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Air Crash Disaster near Tehachapi, California on April 11, 1984

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| July 24, 1986 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | August 7, 1986 | Denied | unpublished | | | |

### Special Transferee Information

DATE CLOSED: August 7, 1986

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 691 -- In re Air Crash Disaster near Tehachapi, California on April 11, 1984

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Florence M. Wenning, etc. v. Schweizer Aircraft Corp. | Ohio, S. Rice | C-3-86-151 | | | | |
| A-2 | Deborah Lombardi, et al. v. Schweizer Aircraft Corp. | Tex., N. Fish | CA3-86-0894G | | | | |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 691 -- In re Air Crash Disaster near Tehachapi, California on April 11, 1984

FLORENCE WENNING, ETC. (A-1)
DEBORAH LOMBARDI, ET AL. (A-2)
John Howie, Esq.
Law Office of Windle Turley, P.C.
1000 University Tower
6440 N. Central Expressway
Dallas, Texas 75206

SCHWEIZER AIRCRAFT CORPORATION
Frank J. Chiarchiaro, Esq.
Mendes & Mount
Three Park Avenue
New York, New York 10016

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 691 -- In re Air Crash Disaster near Tehachapi, California on April 11, 1984

FLORENCE WENNING, ETC. (A-1)
DEBORAH LOMBARDI, ET AL. (A-2)
John Howie, Esq.
Law Office of Windle Turley, P.C.
1000 University Tower
6440 N. Central Expressway
Dallas, Texas 75206

SCHWEIZER AIRCRAFT CORPORATION
Frank J. Chiarchiaro, Esq.
Mendes & Mount
Three Park Avenue
New York, New York 10016

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 691 -- In re Air Crash Disaster near Tehachapi, California on April 11, 1984

| Name of Party | Named as Party in Following Actions |
|---|---|
| Schweizer Aircraft Corporation | A-1, A-2 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |