JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

AUG -7 1986

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 691

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE AIR CRASH DISASTER NEAR TEHACHAPI, CALIFORNIA, ON APRIL 11, 1984

ORDER DENYING TRANSFER

Presently before the Panel is a motion, pursuant to 28 U.S.C. §1407, by the defendant in the two actions in this litigation to centralize these actions in the Central District of California or, alternatively, in the Southern District of Ohio for coordinated or consolidated pretrial proceedings. Plaintiffs in both actions oppose transfer. If, however, the Panel deems centralization appropriate, plaintiffs suggest the Northern District of Texas as transferee forum.

On the basis of the papers filed,[1] we find that Section 1407 transfer would neither serve the convenience of the parties and witnesses nor further the just and efficient conduct of this litigation. Given the minimal number of actions before us, movants have failed to persuade us that any common questions of fact involved in these actions are sufficiently complex, and that the accompanying discovery will be so time-consuming, as to justify Section 1407 transfer. See In re Scotch Whiskey Antitrust Litigation, 299 F.Supp. 543, 544 (J.P.M.L. 1969). Furthermore, we point out that suitable alternatives to transfer exist in order to minimize the possibility of duplicative discovery and/or conflicting pretrial rulings. See, e.g., In re Eli Lilly and Company (Cephalexin Monohydrate) Patent Litigation, 446 F.Supp. 242, 244 (J.P.M.L. 1978).

IT IS THEREFORE ORDERED that the motion pursuant to 28 U.S.C. §1407 for transfer of the actions listed on the attached Schedule A be, and the same hereby is, DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

[1] The question of transfer under Section 1407 was deemed submitted on the briefs. Rule 14, R.P.J.P.M.L., 89 F.R.D. 273, 283-84 (1981).

SCHEDULE A

<u>MDL-691 -- In re Air Crash Disaster near Tehachapi, California, on April 11, 1984</u>

<u>Southern District of Ohio</u>

<u>Florence M. Wenning, etc. v. Schweizer Aircraft Corporation</u>, C.A. No. C-3-86-151

<u>Northern District of Texas</u>

<u>Deborah Lombardi, et al. v. Schweizer Aircraft Corporation</u>, C.A. No. CA3-86-0894G